UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COR DEVELOPMENT COMPANY, LLC, | AFFIDAVIT OF SERIVCE |
| | Case No. 5:16-cv-1099 (TJM/TWD) |
| Plaintiff, | |
| v. | Removed from the Supreme Court of The State of New York, |
| TODD R. HOWE, | Onondaga County, Index No. 2016EF3394 |
| Defendant. | |

STATE OF NEW YORK )
COUNTY OF ONONDAGA ) ss.:

Patricia F. Russo, being duly sworn, deposes and says:

1. That I am not a party to the within action, I am over eighteen (18) years of age, I reside in Cato, New York.

2. That on September 16, 2016 at 2:40 p.m. I served the Summons and Complaint upon the Defendant, Todd Howe, by serving his attorney, Karen Guyder Felter, Esq., by delivering a true copy thereof to her offices located at Smith, Sovik, Kendrick & Sugnet, P.C., 250 South Clinton Street, Suite 600, Syracuse, New York 13202.

Patricia F. Russo

Sworn to before me this
19th day of September, 2016.

Notary Public

ANTHONY F. COPANI
Notary Public State of NY
Qual. Onon. Co., No. 4818167
My Comm. Expires July 31, 2018