# IN THE UNITED STATES DISRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COR DEVELOPMENT COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br> TODD R. HOWE, <br><br> Defendant. | Civil Action No. 5:16-cv-1099 (TJM/TWD) |

## ANSWER OF DEFENDANT TODD R. HOWE

Richard J. Morvillo, Ellen Murphy and Stuart F. Pierson, counsel for defendant Todd R. Howe, who are admitted to practice in this Court for this case *pro hac vice*, respectfully submit this Answer to the Complaint of plaintiff COR Development Company, LLC ("COR" and "plaintiff").

General Denial

1. The defendant denies each and every factual allegation in the Complaint.

2. The defendant denies each and every claim in the Complaint.

Responses to Paragraphs of the Complaint

1. Defendant lacks knowledge or information sufficient to form a belief about this allegation; and it is, accordingly, denied.

2. Admitted.

3. As the alleged promissory note was not attached to the Complaint, defendant lacks

ANSWER OF DEFENDANT TODD R. HOWE - 1

knowledge or information sufficient to form a belief about this allegation; and it is, accordingly, denied.

4. As the alleged amended promissory note was not attached to the Complaint, defendant lacks knowledge or information sufficient to form a belief about this allegation; and it is, accordingly, denied.

5. As the alleged amended promissory note was not attached to the Complaint, defendant lacks knowledge or information sufficient to form a belief about this allegation; and it is, accordingly, denied.

6. As the alleged amended promissory note was not attached to the Complaint, defendant lacks knowledge or information sufficient to form a belief about this allegation; and it is, accordingly, denied.

7. Admitted that Defendant has not made payments pursuant to any obligation to Plaintiff.

8. Denied.

9. Denied.

<u>Defenses</u>

1. The Court lacks subject matter jurisdiction of this case.

2. The Court lacks personal jurisdiction of the defendant.

3. The complaint fails to state a claim upon which relief can be granted.

4. The complaint fails to attach the alleged notes.

5. Any debt owed by the defendant to the plaintiff was extinguished in an accord and satisfaction.

6. The plaintiff is estopped to assert the claims set forth in the Complaint.

7. The plaintiff has waived any claim against the defendant.

8. Plaintiff's purported loan was illegal, as it was part of an illegal conspiracy to deprive the public of its intangible right to honest services of an employee of the State of New York by soliciting and giving bribes and gratuities.

9. COR's attempt in June 2016 to negotiate a check purportedly issued by the defendant, dated December 28, 2015, was knowingly and legally a vacant, illegal and ineffective act, purporting to demand payment for a non-existent debt.

WHEREFORE, Defendants demands judgment in his favor, plus the reasonable costs and attorneys' fees incurred in defending this action.

Jury Demand

10. Defendant demands a jury trial.

Respectfully submitted,

_____/s/ Stuart F. Pierson___
Stuart F. Pierson
NY Bar No. 1901388
DC Bar No. 56820
Suite 705
1101 17th Street NW
Washington, DC 20036
202/803-5852
F: 202/609-8044

Richard J. Morvillo
NY Bar No.
Morvillo LLP
500 5th Avenue
43rd Floor
New York, NY 10110
DC Bar No. 219063
Suite 705
1101 17th Street NW
Washington, DC 20036

ANSWER OF DEFENDANT TODD R. HOWE - 3
5666568.1

202/803-5858  
F: 202/775-5937

Ellen Murphy  
Richard J. Morvillo  
NY Bar No.  
Morvillo LLP  
500 5th Avenue  
43rd Floor  
New York, NY 10110  
212/796-6344  
F: 212/379-2097

ANSWER OF DEFENDANT TODD R. HOWE - 4