# O'CONNELL AND ARONOWITZ
## ATTORNEYS AT LAW

March 17, 2017

Hon. Therese W. Dancks
U.S. Magistrate Judge
U.S. District Court
Northern District of New York
Federal Building & U.S. Courthouse
PO BOX 7346
Syracuse, NY 13261-7346

Re:   **COR Development Company, LLC v. Todd R. Howe**
      Case No.: 5:16-cv-1099 (TJM/TWD)

Dear Judge Dancks:

Pursuant to the Court's February 14, 2017 Order (Dkt. No. 25), we write to advise the Court that Mr. George Carpinello, Esq., has agreed to mediate the above matter. The mediation is scheduled for April 7, 2017.

Very truly yours,

O'CONNELL AND ARONOWITZ

By:   /S/ *Scott W. Iseman*

Scott W. Iseman, Esq
Bar Roll No.: 518859
*Attorneys for Plaintiff*
54 State Street, 9th Floor
Albany, NY 12207-2501
(518) 462-5601

cc:  All defense counsel (ECF)
     Mr. George Carpinello, Esq. (ECF)

EDWARD J. O'CONNELL
1925-1939
SAMUEL E. ARONOWITZ
1925-1973
LEWIS A. ARONOWITZ
1951-1979

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
NANCY SCIOCCHETTI
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND

OF COUNSEL

PETER DANZIGER
RICHARD S. HARROW
MEREDITH H. SAVITT
F. MATTHEW JACKSON
PAUL A. FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
CRISTINA D. COMMISSO

ELIZABETH A. CONNOLLY
SCOTT W. ISEMAN
BRITTNAY M. McMAHON
DANIELLE E. HOLLEY
KATHLEEN EVERS BROWN
AMBER L. WRIGHT
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS

CARLA R. WILLIAMS*
*(DIRECTOR, HEALTHCARE CONSULTING GROUP)*

*NOT A MEMBER OF THE LEGAL PRACTICE

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.

With offices in Albany, Latham, New York City, Plattsburgh and Saratoga Springs.
www.oalaw.com