

Morvillo LLP
43rd Floor
500 5th Avenue
New York, NY 10110
(212) 796-6330

1101 17th Street, NW
Suite 705
Washington, DC 20036
(202) 470-0330

www.morvillolaw.com

STUART F. PIERSON
(202) 803-5852
spierson@morvillolaw.com

April 28, 2017

Hon. Magistrate Judge Therese Wiley Dancks
United States District Court for the
    Northern District of New York
James Hanley Federal Building
100 South Clinton Street
Syracuse, NY  13261
By E-Filing

    <u>Re: COR Development Company LLC v. Howe, No. 5:16-cv-1099</u>

Dear Magistrate Judge Dancks,

    As the mediator, Mr. George F. Capinello, has advised on the record, the parties in this case have engaged in the mediation process without success.

    Thereafter, as counsel for the defendant Mr. Howe, we proposed to counsel for plaintiff COR that the parties consent to a stay of all proceedings in this civil case during the pendency of the related federal criminal proceeding in the Southern District of New York, *United States v. Percoco, et al*, 1:16-cr-00776.  Counsel for COR has advised that COR declines to consent to the requested stay.

    Accordingly, Mr. Howe is prepared to move for a stay of all further proceedings in this case, following a conference with the Court.  Pursuant to the Court's rules and practice, we respectfully request a telephone status conference call to address the current status of this case and the defendant's intention to move for a stay.

                                             /s/ Stuart F. Pierson
                                             Richard J. Morvillo
                                             Morvillo LLP
                                             Suite 705

                                          1101 17th Street N.W.
                                          Washington, D.C. 20036
                                          spierson@morvillolaw.com
                                          202/803-5852
                                          Counsel for Defendant Todd R. Howe
                                          *Pro Hac Vice*

Cc by email:
Anthony Copani, Esq.
Scott Iseman, Esq.
Stephen Coffey, Esq.