# IN THE UNITED STATES DISRICT COURT
# FOR THE NORTHERN DISTRICT OF
# NEW YORK

| | |
|---|---|
| COR DEVELOPMENT COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TODD R. HOWE,<br><br>    Defendant. | Civil Action No. 5:16-cv-1099 (TJM/TWD) |

## AFFIDAVIT OF SERVICE

CITY OF WASHINGTON )
                           ) SS:
DISTRICT OF COLUMBIA)

Stuart F. Pierson, being duly sworn, deposes and says:

    I am over the age of 18, and not a party to this action. I reside and practice law in the District of Columbia. I am a member of the District of Columbia and New York Bars. On May 19, 2017, I served, both by CM/ECF and email, copies of my letter motion to compel on behalf of Defendant Todd R. Howe, on counsel for plaintiff COR, at the following addresses:

Scott Iseman, Esq.
O'Connell and Aronowitz
54 State Street
Albany, NY 12207

1

siseman@oalaw.com

Anthony Caponi
Mannion Copani
224 Harrison Street
Suite 306
Syracuse, NY 13202
acopani@mannioncopani.com

_____
Stuart F. Pierson

Subscribed and sworn before me
This 16th day of December, 2016

_____
Notary Public of the District of Columbia

My commission expires: __11/30/2020__

2