# O'CONNELL ARONOWITZ
## ATTORNEYS AT LAW

May 24, 2017

Hon. Therese W. Dancks
U.S. Magistrate Judge
U.S. District Court
Northern District of New York
Federal Building & U.S. Courthouse
PO BOX 7346
Syracuse, NY 13261-7346

**Re: COR Development Company, LLC v. Todd R. Howe**
Case No.: 5:16-cv-1099 (TJM/TWD)

Dear Judge Dancks:

In the Court's May 12, 2016 Text Order (Dkt. No. 31), the Court permitted Plaintiff the opportunity to cross-move to compel discovery from Defendant Todd R. Howe. We do not seek to make such a motion at this time.

Thank you for your attention to this matter.

Very truly yours,

O'CONNELL AND ARONOWITZ

By: _____
Scott W. Iseman
Bar Roll No. 518859
*Attorneys for Plaintiff*
54 State Street, 9th Floor
Albany, New York 12207-2501
(518) 462-5601

Anthony F. Copani
*Mannion and Copani*
Attorneys for Plaintiff
224 Harrison St. #306
Syracuse, NY 13202

EDWARD J. O'CONNELL
1925-1939
SAMUEL E. ARONOWITZ
1925-1973
LEWIS A. ARONOWITZ
1951-1979

CORNELIUS D. MURRAY
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND

OF COUNSEL

RICHARD S. HARROW
MEREDITH H. SAVITT
F. MATTHEW JACKSON
PAULA FEIGENBAUM
KEITH J. ROLAND
ARTHUR A. PASQUARIELLO
CRISTINA D. COMMISSO

ELIZABETH A. CONNOLLY
SCOTT W. ISEMAN
BRITTNAY M. McMAHON
DANIELLE E. HOLLEY
KATHLEEN EVERS BROWN
AMBER L. WRIGHT
MARY T. CONNOLLY
COURTNEY L. ALPERT
KELLAN B. POTTS

CARLA R. WILLIAMS*
(Director, Healthcare Consulting Group)

*NOT A MEMBER OF THE LEGAL PRACTICE

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.

*With offices in Albany, Latham, New York City, Plattsburgh and Saratoga Springs.*
www.oalaw.com

cc: Stuart F. Pierson, Esq. (email)
     Richard J. Morvillo, Esq. (email)