| | | |
|---|---|---|
| TODD R. HOWE | 65-349/550 | 1639 |
| 1300 PENNSYLVANIA AVE NW STE 700 | | |
| WASHINGTON, DC 20004-3024 | DATE | 12/28/15 |

PAY TO THE ORDER OF  COR Development                                      $ 85,000 —

Eighty-five thousand. — 00/100                                         DOLLARS

HSBC  / 4107 Fordham
MEMO  Repayment / Loan    Rd—
                          DC

⑇055003492⑇ 7590 1081 1⑇  1639



# Notice of Special Handling
## CHARGEBACK

**BERKSHIRE BANK**
America's Most Exciting Bank
P.O. Box 1308, Pittsfield, MA 01202

COR DEVELOPMENT COMPANY LLC
PAUL G JOYNT
JOSEPH B GERARDI
540 TOWNE DR
FAYETTEVILLE NY 13066-1331

Account: ▬▬▬▬
Date: 07/01/16

Your account has been charged for the attached deposited check(s) that has been returned for the reason shown with each item.

| Date | Amount | Reason |
|---|---|---|
| 06/28/2016 | 85,000.00 | NSF - Not Sufficient Funds |

PLEASE NOTE: Your account may have been charged a Returned Deposited Item (Chargeback) fee. Please refer to your monthly statement for fee information. If you have any questions regarding this item, please call 1-800-220-6956.

Item# 5250027523880   06/28/2016   $85,000.00
Reason: NSF - Not Sufficient Funds



540 Towne Drive, Fayetteville, NY 13066
315·663·2100   Fax: 315·663·2109
www.corcompanies.com

VIA FEDERAL EXPRESS

DEMAND / DEFAULT LETTER

July 8, 2016

Todd R. Howe
4107 Fordham Road NW
Washington, D.C. 20016

   Re: Promissory Note between Todd R. Howe and COR Development Company, LLC dated August 14, 2015 and Promissory Note Amendment dated January 26, 2016 (collectively the "Note")

Dear Mr. Howe:

I am writing to advise that the check that you presented to the Lender in December of 2015, representing payment in full under the Note has been returned by the bank as a result of Not Sufficient Funds. A copy of the Berkshire Bank notice of Special Handling Chargeback is enclosed for your reference.

The Note of $85,000.00 was payable in full on June 30, 2016 and therefore you are in default under the Note, with payment being hereby demanded within thirty (30) days of your receipt of this Demand / Default Letter, or on or before August 10, 2016. The total amount due including interest calculated through July 13, 2016 is $85,778.22. Any payment that is made after that date should include additional per diem interest of $2.33 per day, plus a three (3) percent penalty if payment is made after July 15, 2016.

If you fail to make payment in full as demanded, we will commence legal action to collect the total amount due under the Note, plus continuing interest, late charges, and other costs, expenses and attorney's fees incurred, as a result of your default under the Note.

Very truly yours,
COR DEVELOPMENT COMPANY, LLC

_____
Angela Hughes, Controller

Enclosure

cc: Sean Grooms, Chief Financial Officer

7/11/2016                              Track your package or shipment with FedEx Tracking

My Profile | Support | Locations | English        Search or tracking number

**FedEx.**   Shipping    Tracking    Manage    Learn    FedEx Office ®                        Login

## FedEx ® Tracking

**776706241625**

Ship date:                                                    Actual delivery:
Fri 7/08/2016                                                 Mon 7/11/2016 11:47 am
Fayetteville, NY US           Delivered                      WASHINGTON, DC US
                              Signed for by: D. HOWE

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **7/11/2016 - Monday** | | |
| 11:47 am | Delivered | WASHINGTON, DC |
| 8:26 am | On FedEx vehicle for delivery | WASHINGTON, DC |
| 7:37 am | At local FedEx facility | WASHINGTON, DC |
| **7/09/2016 - Saturday** | | |
| 9:01 am | At local FedEx facility / Package not due for delivery | WASHINGTON, DC |
| 9:01 am | At local FedEx facility | WASHINGTON, DC |
| 6:22 am | At destination sort facility | DULLES, VA |
| 3:49 am | Departed FedEx location | MEMPHIS, TN |
| **7/08/2016 - Friday** | | |
| 11:29 pm | Arrived at FedEx location | MEMPHIS, TN |
| 8:38 pm | Left FedEx origin facility | NORTH SYRACUSE, NY |
| 6:33 pm | Picked up | NORTH SYRACUSE, NY |
| 4:17 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 776706241625 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Signature services | Adult signature required |
| Delivered To | Residence | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Shipper |
| | | Packaging | FedEx Envelope |
| Shipper reference | COR Development | | |
| Special handling section | Deliver Weekday, Residential Delivery, Adult Signature Required | | |

**FedEx.**                                                                          Search or tracking number

| Customer Focus | Featured Services | Companies | Follow FedEx | United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | FedEx TechConnect | FedEx Freight | | |
| | Healthcare Solutions | FedEx Custom Critical | | |
| Company Information | Online Retail Solutions | FedEx Trade Networks | | |
| About FedEx | Packaging Services | FedEx CrossBorder | | |
| Careers | Ancillary Clearance Services | FedEx SupplyChain | | |
| Investor Relations | | | | |
| Subscribe to FedEx email | Other Resources | | | |
| | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |