-----Original Message-----
From: Todd Howe <redacted>
Sent: Tuesday, August 09, 2016 12:42 PM
To: Angela Hughes <redacted>
Cc: Todd Howe <redacted>
Subject: Payment / August 10

Angela - good morning. I am writing to ask if it would be possible to get a 45 day extension on the note that is due tomorrow. I am in the process of securing the funding and need a few weeks more to complete. I would ask that if possible I could pay in full the $ 85, 000 plus additional interest on or before September 30, 2016. This date will give me plenty of time to wrap this is and get payment back to COR.
Again, it would really help me if I could get this extension and settle this ASAP.
Please advise, thank you for your help. Best Todd.


Sent from my iPhone

1

On Monday, July 18, 2016, 7:51 PM, Todd Howe <████████████████> wrote:

> Sean - hope all is well. Was hoping you could help me. We were away from home last week and the young guy who was watching our house signed for a fed ex that came from COR. The young kid left the Mail on our porch and needless to say it got saturated a few times so what ever was in the envelope ( along with the envelope) basically desintegtated to the point the docs are unreadable. We found it last night when we got home. If possible could you email me a copy so I can address.
>
> Thanks in advance. Best Todd
>
>
> Sent from Yahoo Mail for iPhone

**Joseph Gerardi**

**From:** Todd Howe <~~[redacted]~~>
**Sent:** Thursday, July 21, 2016 1:41 PM
**To:** Joseph Gerardi; Sean Grooms
**Subject:** Fw: Follow Up.

Joe - sent this on to Sean this past Monday but didn't hear back, was fearful he might be away on vacation, so am sending to you. Any help on getting this information would be great.
Hope you are well. Best Todd

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, July 18, 2016, 7:51 PM, Todd Howe <todd_r_howe@yahoo.com> wrote:

Sean - hope all is well. Was hoping you could help me. We were away from home last week and the young guy who was watching our house signed for a fed ex that came from COR. The young kid left the Mail on our porch and needless to say it got saturated a few times so what ever was in the envelope ( along with the envelope) basically desintegtated to the point the docs are unreadable. We found it last night when we got home. If possible could you email me a copy so I can address.
Thanks in advance. Best Todd

Sent from Yahoo Mail for iPhone

1

