IN THE UNITED STATES DISRICT COURT
FOR THE NORTHERN DISTRICT OF
NEW YORK

| | |
|---|---|
| COR DEVELOPMENT COMPANY, LLC, | |
| Plaintiff, | Civil Action No. 5:16-cv-1099 (TJM/TWD) |
| v. | |
| TODD R. HOWE, | |
| Defendant. | |

## NOTICE OF CHANGE OF ADDRESS
## OF DEFENSE COUNSEL

PLEASE TAKE NOTICE:

That Stuart F. Pierson, co-counsel for defendant Todd R. Howe, has changed his address to the following:

Stuart F. Pierson

Attorney at Law

5435 Sherier Place, N.W.

Washington, D.C. 20016

202/415-0604

sfpiersonsr@gmail.com

1

        Respectfully submitted,

        /s/ Stuart F. Pierson
        _____
        Stuart F. Pierson
        NY Bar No. 1901388
        DC Bar No. 56820
        Attorney at Law
        5435 Sherier Place N.W.
        Washington, DC  20016
        202/415-0604
        sfpiersonsr@gmail.com