

April 10, 2019

**VIA ECF**
Hon. Magistrate Judge Therese Wiley Dancks
United States District Court for the Northern District of New York
James Hanley Federal Building
100 South Clinton Street
Syracuse, NY 13261

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

**Ellen M. Murphy**

E  emurphy@orrick.com
D  +1 212 506 3659
F  +1 212 506 5151

Re: COR Development Company LLC v. Howe, No. 5:16-cv-1099

Dear Magistrate Judge Dancks,

As you are aware, this firm represents defendant Todd R. Howe in the above-referenced matter. I write to provide a status report as ordered by the Court (*see* ECF Dkt No. 48).

Mr. Howe was sentenced before the Honorable Valerie E. Caproni on April 5, 2019. Mr. Howe was sentenced to five years probation, 150 hours of community service for each year of probation, and ordered to pay (a) restitution to Whiteman Osterman & Hanna LLP in the amount of $1,706,542; (b) forfeiture in the amount $2,835,000; and (c) a special assessment of $800.

Counsel apologizes for the delay in providing the foregoing status report to the Court, I had inadvertently entered an incorrect date in my calendar.

Respectfully submitted,

/s/ Ellen M. Murphy
Ellen M. Murphy

Cc: Counsel of Record (*via ECF*)